Default Document Processing
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700



07/23/2018

ROGER LAWRENCE FEE ,
STEPHANIE IRENE ASHE
770 LANCASTER BLVD
MOSS BEACH, CA 94038-9781

THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | ROGER LAWRENCE FEE |
| Debtor 2 (Spouse, if filing) | STEPHANIE IRENE ASHE |
| United States Bankruptcy Court for the: | Northern District Of California |
| Case number | 1830664 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no**. (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 7078

**Date of payment change:**
Must be at least 21 days after date of this notice        08/14/2018

**New total payment:**        $ 2,273.36
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____        New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____        New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment to change due to cycle date

   Current mortgage payment: $ 2,199.88        New mortgage payment: $ 2,273.36

| Debtor 1 | ROGER LAWRENCE FEE | | Case number *(if known)* 1830664 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Yadira P Delgado                               Date  7/23/2018
Signature

| Print: | Yadira P Delgado | Title | Vice President Loan Documentation |
| --- | --- | --- | --- |
| | First Name  Middle Name  Last Name | | |
| Company | Wells Fargo Bank N.A. | | |
| Address | 1000 Blue Gentian Road,  N9286-01Y | | |
| | Number        Street | | |
| | Eagan, MN 55121-7700 | | |
| | City        State    ZIP Code | | |
| Contact phone | ( 877 ) 891 – 0002 | Email | HEQBANKRUPTCYCH13@WELLSFARGO.COM |

# UNITED STATES BANKRUPTCY COURT

Northern District Of California

Chapter 13 No. 1830664

In re:
ROGER LAWRENCE FEE , STEPHANIE IRENE ASHE

## CERTIFICATE OF SERVICE

I hereby certify that on or before **07/23/2018**, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor:  By U.S. Postal Service First Class Mail Postage Prepaid:
ROGER LAWRENCE FEE , STEPHANIE IRENE ASHE
770 LANCASTER BLVD
MOSS BEACH, CA 94038-9781

Debtor's Attorney:  By Electronic Court Filing:
GEOFF WIGGS
1900 S NORFOLK ST
STE 350
SAN MATEO, CA  94403-1171

Trustee:  By Electronic Court Filing:
DAVID BURCHARD
PO BOX 8059
FOSTER CITY, CA 94404-8059

/s/ Yadira P Delgado



# HOME EQUITY LINE OF CREDIT AGREEMENT AND
# DISCLOSURE STATEMENT

BORROWER(S) NAME(S) AND ADDRESS:
**STEPHANIE ASHE**
**ROGER LAWRENCE FEE**
**770 LANCASTER AVENUE**
**MOSS BEACH, CA 94038**

LENDER'S NAME AND ADDRESS
THE CIT GROUP/CONSUMER FINANCE, INC
800 E COLORADO BLVD PASADENA

PASADENA CA 91101

DATE  05/16/06
FINAL PAYMENT DATE (no later than)  05/22/31

CREDIT LIMIT $ 200,000.00

This is the Agreement ("Agreement") that governs my Home Equity Line of Credit Account ("Account") with you, The CIT Group/Consumer Finance, Inc  The words "I", "me" and "my" refer to the borrower ("Borrower") signing this Agreement  If more than one Borrower signs this Agreement, the words "I", "me", "my" and "us" refer to all who sign, separately and together  The words "you" and "your" refer to The CIT Group/Consumer Finance, Inc

### 1. LINE OF CREDIT.

A  The scheduled term of my Account is 25 years  During the first 10 years (the "Draw Period") of the 25-year loan term, I will be permitted, subject to the limitations contained in this Agreement, to borrow money from time to time in amounts which, in the aggregate, do not exceed my Credit Limit shown above by any method set forth in this paragraph  I must take an initial loan advance of no less than $5000 00.  During the Draw Period, I must make monthly payments as described in paragraph 3 A below  After the Draw Period expires, I will no longer be permitted to obtain additional loan advances from my Account  During the last 15 years (the "Repayment Period") of the 25 year loan term, I must repay the outstanding balance on my Account as described in paragraph 3 B below  You will make loan advances by (i) honoring drafts which you have provided to me and which I have written in amounts of $250.00 or more ("Home Equity Checks"), including my initial advance of $5,000.00, (ii) providing me with a cashier's check for no less than $250.00 drawn on a bank, at my request and in accordance with procedures you establish, (iii) paying any closing cost charges described and disclosed in paragraph 7 below, (iv) paying any unpaid taxes, assessments, property insurance or other sums as provided under this Agreement or the Deed of Trust which secures my obligations under this Agreement and encumbers my real property described in paragraph 8 below, dated as of the same date as this Agreement, from me to you (the "Mortgage"), and (v) any other additional method or procedure you establish  You shall not be required to make any loan advances to me if you exercise your right to suspend or terminate my Account upon certain conditions or events described in this Agreement  You will not make any loan advances before the fourth business day following the signing of this Agreement or after the expiration of the Draw Period  I may not access my Account by any other method

B  I understand that my Home Equity Checks will be drawn on a bank which will act as your disbursement agent  My Home Equity Check will be honored only if you, subject to the terms of this Agreement, make a loan advance to honor my Home Equity Check  I agree that the Home Equity Checks are only a means to obtain loan advances and that the bank acting as your disbursement agent has not opened a checking account for me, and I cannot deposit funds into this account.

### 2. OBLIGATION TO PAY.

A  I promise to pay to you or your order, when and as due, all loan advances made under this Agreement, plus all unpaid finance charges, insurance premiums, collection costs and other charges owed to you now or in the future  I agree to make my payments in the manner specified in my periodic statement, and if I do so, such payments will be credited as of the day of receipt.

B  I may pay all or any part of my outstanding balance at any time, without penalty  However, I must pay you each month at least the "Current Minimum Payment" for each billing cycle plus any "Amount Past Due" upon the receipt of my periodic statement  I will not make any Account payments with my Home Equity Checks  I will not use advances under this Agreement for the purchase or construction of real property containing one-to-four residential units or upon which one-to-four residential units are to be constructed

C  I understand that each Account payment check I send you that is intended to reduce the principal balance will not be available for additional loan advances on my credit line until the 14th calendar day after the day you have posted my check  Such payments will be credited as of the date you receive my payment  You do not process payments on Saturdays, Sundays, or bank holidays, and payment checks received on such days will be considered received by you and posted to my account on the next business day

This loan is made pursuant to Article 5 of the California Finance Lenders law, of the California Financial Code  I acknowledge that the proceeds of any advances I obtain under this Agreement will be used solely for personal, family, or household purposes

Page 1 of 9

### 3. CALCULATION OF MINIMUM MONTHLY PAYMENTS DURING DRAW PERIOD AND REPAYMENT PERIOD.

A. During the Draw Period, my "Current Minimum Payment" equals the finance charges that have accrued at the Daily Periodic Rate for the billing cycle on the outstanding balance for the billing cycle covered by my periodic statement. Payment of the "Current Minimum Payment" will not reduce the outstanding principal balance on my Account during the Draw Period. In addition, I must pay to you immediately any "Amount Past Due" plus any amounts on my Account which exceed my Credit Limit under this Agreement, without demand or notice from you

B. During the Repayment Period, my "Current Minimum Payment" will be equal to the greater of (a) the sum of 1/180th of the principal balance that was outstanding at the end of the Draw Period plus the finance charge I owe on the Account at the Daily Periodic Rate for the billing cycle covered by my periodic statement, or (b) $50. However, if my outstanding balance is less than $50, I must pay you the full outstanding balance. I must pay to you immediately any "Amount Past Due" on my Account

### 4. CREDIT LIMIT.
My Credit Limit under this Agreement is shown above (my "Credit Limit"). I promise not to write Home Equity Checks or obtain loan advances in any other way permitted by this Agreement, which will cause my unpaid loan balance to exceed my Credit Limit. You can refuse to make loan advances or honor Home Equity Checks that would cause my unpaid loan balance to exceed my Credit Limit

### 5. ANNUAL PERCENTAGE RATE.

A. The initial Daily Periodic Rate and the initial Annual Percentage Rate disclosed in this paragraph 5 A. are "discounted" initial rates. This means that these rates are lower than the rates which would be in effect if the formula set forth in paragraph 5 B. below had been used. The initial Daily Periodic Rate is **0.01986** % The initial ANNUAL PERCENTAGE RATE is **7.250** % If the initial rates had been determined using the formula set forth in paragraph 5 B below, the initial Daily Periodic Rate would be **0.02808** % and the ANNUAL PERCENTAGE RATE would be **10.250 %** %. The initial discounted rate will be in effect from the date of this Agreement until the end of the **THIRD** billing cycle. Thereafter, the Daily Periodic Rate and the Annual Percentage Rate will be determined using the formula set forth in paragraph 5 B below

B. The method of calculating the Annual Percentage Rate applies to both the Draw Period and the Repayment Period, but does not reflect any finance charge not calculated based on the Daily Periodic Rate. My Annual Percentage Rate may increase or decrease beginning with the first billing cycle after my "discounted" rate has expired, according to the following formula

The ANNUAL PERCENTAGE RATE for each billing cycle will be equal to the "Index" plus a "Margin" of **2.500 %** percentage points. The "Index" will be the "Prime Rate" (the highest rate in the case of split rates) as published in the "Money Rates" table of The Wall Street Journal as of 7 days prior to the end of the billing cycle immediately preceding the current billing cycle (or as of the immediately preceding business day if such day is a non-business day). Each change in my Daily Periodic Rate and Annual Percentage Rate, if any, will take effect automatically on the first day of the billing cycle, without prior notice to me, and will apply to new loan advances and to the outstanding balance in my Account. The new Annual Percentage Rate and Daily Periodic Rate will apply to my then existing unpaid balance and all new loan advances I obtain until my Annual Percentage Rate and Daily Periodic Rate change again. The Daily Periodic Rate at any time equals the ANNUAL PERCENTAGE RATE divided by 365. If The Wall Street Journal ceases to publish the Index, you will choose a substitute index that is based upon comparable information and, if necessary, a substitute margin, so that the change in the index results in substantially the same rate as required under the previous index

C. The Annual Percentage Rate is a simple interest rate. The Annual Percentage Rate includes only interest and not other costs. The ANNUAL PERCENTAGE RATE will never be greater than 18% during the entire term of my Account or the highest rate permitted by law, whichever is lower

D. If the Daily Periodic Rate (and the corresponding Annual Percentage Rate) increases, I will have to pay an additional finance charge. Also, the "Current Minimum Payment" on my periodic statement may increase

### 6. FINANCE CHARGE.

A. (1) Finance charge calculated on Daily Periodic Rate applicable to billing cycle. The finance charge begins to accrue on my Account from the time the loan advance is posted to my Account. The finance charge will continue to accrue for the period any loan advance creates an unpaid balance. There is no free ride period

(2) You compute the finance charge on my Account by applying the Daily Periodic Rate to the "Average Daily Balance" of my Account (including current transactions) To determine the finance charge for any billing cycle, the "Average Daily Balance" is multiplied by the Daily Periodic Rate, then this product is multiplied by the number of days in the billing cycle

(3) To calculate the "Average Daily Balance" in my Account, you take the beginning balance of my Account each day, add any new loan advances and subtract any payments or credits and unpaid finance charges. This gives you the Daily Balance Then you add up all the Daily Balances for the billing cycle and divide the total by the number of days in the billing cycle This gives you the "Average Daily Balance".

B. Finance Charge not calculated based on Daily Periodic Rate I have agreed to pay a Prepaid **FINANCE CHARGE** for services rendered by a mortgage broker in the amount of $ __3,295.00__ , which was determined in accordance with my agreement with my mortgage broker.

**7 CLOSING COSTS.** I must pay various closing costs relating to the opening of my Account at time of settlement The costs may be paid in cash, or I may finance part or all of them with an advance on my Account The costs (including **FINANCE CHARGES**) that will be charged to open my Account are included on the attached Settlement Statement which is incorporated into and deemed to supplement this Home Equity Line of Credit Agreement and Disclosure Statement.

**8. REAL PROPERTY SECURITY.** In order to secure the payment of all loan advances I obtain and the performance of all promises I make in this Agreement, I and all of the owners (or other persons who have an interest in the property arising by operation of law, which interest can be legally waived) of the real property are giving you a Deed of Trust covering my dwelling located at __770 LANCASTER AVENUE, MOSS BEACH, CA 94038__ (the "Real Property") The Deed of Trust is security for my obligations under this Agreement. The Deed of Trust will not secure any amount in excess of my Credit Limit

**9. PERIODIC STATEMENTS.** For any billing cycle in which I have an outstanding balance or a credit balance greater than $1 00, or during which a finance charge or other charge has been imposed, you will send me a periodic statement The periodic statement will show all Account activity during the billing cycle and contain other important information, including my "New Balance", my Annual Percentage Rate, the amount of my "Current Minimum Payment" and the place and manner of making payments

**10. PROPERTY INSURANCE.** I agree to obtain and maintain property insurance against loss or damage to the Real Property, in such amounts against such risks (including, but not limited to, flood damage insurance, if required), and according to such terms as you may require in the Deed of Trust or otherwise I may obtain property insurance from any company of my choice, except that you can refuse to accept an insurer for reasonable cause I must name you as loss payee on such coverage If the amount of the premiums for property insurance increases at any time during the term of my Account, I agree to pay any such increase(s)

**11. YOUR RIGHTS TO TEMPORARILY SUSPEND MY LOAN ADVANCES OR REDUCE MY CREDIT LIMIT.**

A You may take the actions listed in paragraph 11 B below during the period that any of the following events or conditions occur

(1) the value of the Real Property declines significantly below its appraised value for the purposes of this Account;
(2) you reasonably believe that I will not be able to meet the repayment requirements under my Agreement due to a material change in my financial circumstances, including, but not limited to, the following

        a my general failure to pay my debts as they become due,
        b a large increase in my indebtedness,
        c a voluntary or involuntary application for my relief any bankruptcy or insolvency law,
        d an adverse change in my credit standing,
        e I am no longer creditworthy;
        f a significant reduction in my income, or
        g the sole borrower obligated on the Account dies

(3) I am in default of any material obligation of this Agreement, including, but not limited to

    a. failing to provide you with updated financials or credit information or other information or documents you reasonably request;
    b. refusing to allow you or your agent access to the Real Property to inspect it or to perform an appraisal,
    c. failing to occupy the Real Property as my primary dwelling or moving out of the Real Property;
    d. allowing any of the events or conditions listed in subparagraphs 1, 2, 3, 4, 5, 6, 7, 8, and 10 in Paragraph 12 A below to occur;
    e. allowing a judgment to be filed against me,
    f. committing waste or otherwise destructively using or failing to maintain the Real Property,
    g. breaking any promise in the Deed of Trust,
    h. making a payment on my Account with my Home Equity Checks;
    i. exceeding my Credit Limit, or
    j. using the Real Property for any illegal purpose.

(4) government action prevents you from imposing the Annual Percentage Rate provided in this Agreement or impairs the priority of your Mortgage such that the value of the Mortgage is less than 120 percent of the Credit Limit; or

(5) a government authority has notified you that continued loan advances would constitute an unsafe business practice

B During the period in which a condition described in paragraph 11 A above exists, you may refuse to make any additional loan advances or reduce my Credit Limit, or do both You will mail or deliver written notice to me after you suspend my right to obtain additional loan advances or reduce my Credit Limit and this notice will describe the specific reasons for your action You are obligated to reinstate my right to obtain additional loan advances during the Draw Period when the condition(s) which caused the suspension or reduction have been cured or have changed, provided I have notified you in writing, explaining in detail and documenting how the condition(s) have been cured or have changed and no new condition(s) under paragraph 11 A above or 12 A below have occurred

C Before reinstating my right to obtain loan advances, or restoring my Credit Limit, you may conduct such searches, verifications and evaluations (such as credit reports, appraisals and lien searches) as you deem appropriate, and I promise to reimburse you on demand for any costs you actually incur for obtaining credit reports and appraisals You may take these steps to verify that (i) the condition(s) that caused your suspension of my right to obtain loan advances from my Account or reduction of my Credit Limit no longer exist, and (ii) the priority of the lien of your Deed of Trust is not impaired

D If more than one Borrower signs this Agreement and any of us request in writing that you cease making loan advances, you may comply with such a request If any of us sends you a written notice which indicates that any of us does not intend to be obligated for any further loan advances obtained by any of us, you may treat that notice as a request to stop making loan advances, and comply with the request All of us who have signed this Agreement must join in any request to reinstate the right to obtain loan advances from the Account for such request to be effective If all such persons subsequently request reinstatement of the loan advances, you must honor such a request unless a condition listed in paragraph 11 A above or 12 A below has occurred

E If an event or condition described in paragraph 11.A above occurs which is also an event or condition described in paragraph 12 A below, your rights and remedies described under paragraph 12 B below apply, as well as your rights described in this paragraph 11

**12. YOUR RIGHTS TO TERMINATE AND ACCELERATE MY ACCOUNT AND TAKE OTHER ACTION.**

A Any of the following events or conditions is an event of default under the Agreement (an "Event of Default")

(1) I fail to meet the repayment terms of this Agreement, such as my failure to make any payment due to you upon receipt of my periodic statement,

(2) I engage at any time in fraud or material misrepresentation in connection with my Account, whether in any application, in this Agreement or in the Deed of Trust,

(3) I sell or transfer title to the Real Property without first obtaining your written permission except as may be permitted by applicable state or federal law,

Case: 18-30664    Doc# 23    Filed: 07/23/18    Entered: 07/23/18 07:16:00    Page 8 of 13

(4) I fail to maintain insurance on the Real Property as required under this Agreement or the Deed of Trust;

(5) I act or fail to act and as a result a lien senior to the lien of the Deed of Trust, or any portion of the lien, is filed against the Real Property;

(6) I die and I am not survived by another person obligated as a Borrower under this Agreement;

(7) All or part of the Real Property is taken through eminent domain, condemnation, or similar government taking,

(8) A prior lienholder on the Real Property begins foreclosure under its security document;

(9) The Real Property is used for an illegal purpose which could subject the Real Property to seizure,

(10) I fail to pay taxes on the Real Property,

(11) One of the following events or similar events occur and such event adversely affects the Real Property or your rights in the Real Property such as, but not limited to

    (a) A judgment is filed against me,
    (b) I commit waste or otherwise destructively use or fail
    to maintain the Real Property,
    (c) I die and am survived by another person obligated as
    a Borrower under this Agreement,
    (d) I move out of the Real Property, or
    (e) I fail to comply with any of the events or conditions
    listed in subparagraphs B, E, F, or H in paragraph 13
    below

B If an Event of Default described in paragraph 12 A above occurs, subject to any notice or other limitation of applicable law, you may do any combination of the following things

(1) you may terminate my rights to obtain loan advances under this Agreement,

(2) you may declare all sums owing under this Agreement and any other agreement I have made with you to be immediately due and payable,

(3) you may foreclose the Deed of Trust;

(4) you may refuse to pay or honor any of my Home Equity Checks, and

(5) you may take another action permitted by this Agreement, by law or in equity

**13. MY OTHER IMPORTANT OBLIGATIONS.** I agree that

A I will provide you within 15 days of your request with updated financials or credit information or other information or documents that you reasonably request;

B I will allow you or your agent access to the Real Property to inspect it or to perform an appraisal;

C I will continue to occupy the Real Property as my primary dwelling,

D I will not allow any of the events or conditions listed in paragraph 12 A above to occur,

E I will comply with all government orders or regulations relating to the use or occupancy of the Real Property,

F I will pay all of my existing and future debts to you under any existing or future agreement with you and I will pay all of my existing and future debts to my other creditors as they become due and will not allow a creditor to obtain a judgment against me,

G I have not made and will not make any misrepresentation in connection with my Account whether in my application, in this Agreement, or in the Deed of Trust;

H I will not permit a receiver, sequestrator, liquidator, trustee, guardian, conservator or other judicial representative to be appointed for me or any of my property or for the Real Property,

I I will not use or allow use of the Real Property for any illegal purpose,

J I will not permit a lien to be filed which takes priority over the Deed of Trust for future advances made under this Agreement,

K I will not break any other promise made in this Agreement or in the Deed of Trust such as
    (1) my promise not to make Account payments with my Home Equity Checks,
    (2) my promise not to exceed my Credit Limit, and
    (3) my promise not to be in default of the Deed of Trust

**14. COSTS OF COLLECTION.** I must pay for your reasonable and actual costs of collection, such as your costs and your reasonable attorney's fees A finance charge will continue to accrue at the Annual Percentage Rate in effect from time to time as provided in this Agreement after I default and before you obtain a judgment against me.

**15. YOUR AND MY RIGHTS TO TERMINATE MY RIGHTS TO OBTAIN LOAN ADVANCES.**

A Termination by Me. I may terminate my right to obtain loan advances by sending you [redacted] become effective upon receipt by you I may suspend my right to obtain loan

Case: 18-30664   Doc# 23   Filed: 07/23/18   Entered: 07/23/18 07:16:00   Page 9 of 13

advances pursuant to paragraph 11.D above

B <u>Termination by You.</u> You may terminate or suspend my right to future advances under my Account by exercising your termination rights or suspension rights in paragraphs 11 and 12 above

C <u>Effect of Termination.</u> Notwithstanding any suspension or termination of my right to obtain future loan advances under this Agreement, I will remain obligated to pay you all amounts which I owe under this Agreement, and to perform all of my obligations under this Agreement and the Mortgage. My obligation to pay you all amounts which I owe under this Agreement includes, but is not limited to, my obligation to pay the "Current Minimum Payment" shown on each monthly periodic statement which you send to me. I may be required to repay all my obligations to you immediately if you exercise your rights under paragraph 12 above. I must return unused Home Equity Checks to you upon termination

## 16. CHANGES TO AGREEMENT.

A. You may change this Agreement to the extent not prohibited by federal or state law, such as the changes listed as follows

(1) you may make any change I agree to in writing;

(2) you may make a change which is unequivocally beneficial to me, such as offering me more minimum payment options, extensions or renewals of my Account, reductions in the rate or fees, and additional means to access loan advances;

(3) you may make insignificant changes, such as changing the address to which payments must be sent, name changes, operational changes involving the billing cycle date, the due date of the "Current Minimum Payment", the day of the month on which Index values are measured to determine my rate, and the balance computation method, and

(4) you may make any changes to this Agreement permitted by law if an event under paragraph 12 A above occurs

B You may make the changes described in paragraphs 16 A (2) and (3) by notifying me of the change. The change will become effective as described in the notice you send me and will apply to amounts I owe when the change becomes effective, as well as to new loan advances

## 17. OTHER PROVISIONS.

A <u>Third Parties.</u> This Agreement obligates me and my estate, heirs and personal representatives. This Agreement benefits you and your successors and assigns. You may add or release parties, or permit the addition or substitution of real property collateral that secures this Agreement, or modify, extend or amend this Agreement without in any way affecting my or any non-borrower co-owner's (or persons having an interest arising by operation of law who have signed the Deed of Trust) obligations under this Agreement. My rights under this Agreement belong only to me. I cannot transfer or assign them to anyone else. You may transfer and assign your rights and obligations under this Agreement and the Deed of Trust at any time without my consent

B <u>Additional Credit Reports and Appraisals.</u> I authorize you to conduct such searches, verification and evaluations (such as credit reports, appraisals and lien searches) concerning me, the Real Property and the Deed of Trust as you may deem necessary from time to time. I will cooperate in having the Real Property reappraised

C <u>Tax Deductibility.</u> I know that I should consult a tax advisor regarding the deductibility of interest and charges.

D <u>Applicable Law.</u> I agree that this Agreement is to be governed by federal law and, to the extent not preempted by federal law, by the laws of California

E <u>Application of Payments.</u> You may apply payments and proceeds of the Real Property in such order as you shall deem advisable or as otherwise required by applicable law

F <u>Jurisdiction.</u> I irrevocably consent to the exclusive jurisdiction of the courts of California and/or a United States District Court for a District in California in all actions between you and me. I irrevocably agree to service of process by certified mail, return receipt requested to me at my last address appearing on your records.

G <u>Failure to Perform.</u> If I violate or fail to perform any term or condition of this Agreement (or the Deed of Trust) you may (but are under no obligation to) perform on my behalf. All costs you incur will be added to the unpaid balance of the Account and a finance charge will be charged at the Annual Percentage Rate in effect from time to time as calculated in this Agreement. I agree to pay these costs and finance charge on demand. Your performance of any of my obligations will not be a waiver of any of your rights or remedies under this Agreement

H <u>Waiver of Jury Trial.</u> I waive my right to a jury trial

I <u>Complete Understanding of the Parties.</u> There are no oral agreements concerning this Agreement. This Agreement will not be amended or modified orally. If any provision of this Agreement is held to be void or unenforceable, the rest of this Agreement shall remain in effect

J. <u>Waiver of Notice.</u> I waive presentment, demand, protest, notice of default, nonpayment, and all other notices and formalities in connection with the delivery, acceptance, performance, default or enforcement of this Agreement, except such notices as are required by the Federal Truth in Lending Act and Federal Regulation Z, and such other notices which cannot be waived by law.

K <u>Meaning of Words</u> All words in this Agreement will be read to be of such gender and number as the context may require. The section headings in this Agreement are for convenience and do not limit or amend any of the Agreement's provisions. Any list of conditions or events in this Agreement preceded by the phrase "such as" or "including, but not limited to," is not intended as a full or comprehensive list, but merely as a set of examples of such conditions or events. Other conditions or events are intended to be included to the fullest extent permitted under federal and state law, even if different from the listed conditions or events

L. <u>Payment Marked "Payment in Full".</u> I agree not to submit any checks to you in payment of my Account marked "Payment in Full" unless the amount of the check is sufficient to pay my Account in full as of the date you receive the payment If I do submit a check to you marked "Payment in Full" for a sum less than the amount necessary to pay my Account in full, you may accept it as a partial payment and will not be bound by the "Payment in Full" notation I agree that communications concerning a dispute as to amounts owing on my Account, including any checks submitted to you as full satisfaction of my Account, must be sent to the address for Billing Error Inquiries on my periodic statement

M <u>Lost or Stolen Checks.</u> If my Home Equity Checks are lost or stolen, I will notify you immediately either by phoning between 8·00 A M and 5·00 P M CST at (800) 621-1433 or by writing to you at the address for Billing Error Inquiries on my periodic statement

N <u>Stopping payments on checks.</u>

(1) If more than one person has signed this Agreement, each of us will be allowed to stop payment on a Home Equity Check even if the person making the stop payment order is not the person who wrote the Home Equity Check All stop payment orders must be made either by phoning on banking days between 8 00 A M. and 5 00 P M CST at (800) 621-1433 or by writing to you at the address for Billing Error Inquiries on my periodic statement

(2) My stop payment order must include my Account number, the date of the Home Equity Check, the name of the payee, the exact amount of the check and the preprinted check number shown at the top of the Home Equity Check

(3) My stop payment order takes effect after you have a reasonable time to record it on my Account If my stop payment order is oral, I must confirm it in writing or it will be removed after fourteen days My written order will be effective for six months After six months, I must renew my written order if I wish it to continue

O <u>Returning Checks.</u> My Home Equity Checks will not be returned to me with my monthly statement If I need a copy of my cancelled Home Equity Checks, I can request it by writing to you at the address for Billing Error Inquiries on my periodic statement

P. <u>Enforcement.</u> You can accept any late or partial payment or otherwise waive or delay enforcing your rights under this Agreement without losing them or affecting them. You are not obligated to exercise any of your rights or remedies if I default under this Agreement Your election to exercise any right or remedy does not constitute a waiver of your right to exercise any right, other right or remedy, nor will your failure to exercise a right or remedy following a default prevent your exercise of that right or remedy of any other right or remedy in the event of a subsequent default

Q <u>Notices.</u> Except for any notice required under applicable law to be given in another manner, (a) any notice to me provided for in this Agreement shall be given by delivering it or by mailing such notice to me by regular mail, addressed to me at my address set forth on the first page of this Agreement or at such other address as I may designate by written notice to you as provided in this paragraph 17 Q and (b) any notice to you provided for in this Agreement shall be given by mailing such notice to you by regular mail, addressed to The CIT Group/Consumer Finance, Inc, 715 S Metropolitan Avenue, Oklahoma City, Oklahoma 73108-2090 or such other address as you may designate by written notice to me as provided in this paragraph 17 Q

R <u>Joint and Several Liability.</u> If more than one person signs this Agreement, each of us will be bound by this Agreement and will be jointly and severally liable for amounts advanced under this Agreement

S <u>Loan Charges.</u> If a law, which applies to this Agreement and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected in connection with this Agreement exceed the permitted limits then (i) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit, and (ii) any sums already collected from me which exceeded permitted limits will be refunded to me You may choose to make this refund by reducing the principal I owe under this Agreement or by making a direct payment to me If a refund reduces principal, the reduction will be treated as a partial prepayment

T. <u>Due-On-Sale Clause.</u> The Deed of Trust which secures this Agreement contains the following due-on-sale clause

> 15 Transfer of the Property or a Beneficial Interest in Borrower. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Deed of Trust However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Deed of Trust

**REFERRED BY BROKER**

Name: __PRO-LINE MORTGAGE__

Address: __600 HAMPSHIRE RD WEST LAKE VILLAGE, CA91361__

BY SIGNING BELOW ON THE DATE INDICATED ON THE FIRST PAGE OF THIS AGREEMENT, (1) I AGREE THAT I HAVE READ THIS AGREEMENT, (2) I AGREE AND INTEND TO BE LEGALLY BOUND BY ALL OF ITS TERMS AND CONDITIONS, AND (3) I ALSO ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THE AGREEMENT

I ALSO ACKNOWLEDGE THAT I RECEIVED A COPY OF YOUR HOME EQUITY EARLY DISCLOSURE ENTITLED, "FEDERAL DISCLOSURES - IMPORTANT TERMS OF THE CIT GROUP/CONSUMER FINANCE, INC HOME EQUITY LINE OF CREDIT PLAN", THE HOME EQUITY BROCHURE ENTITLED, "WHEN YOUR HOME IS ON THE LINE", TWO COPIES OF A COMPLETED "NOTICE OF RIGHT TO CANCEL MY ACCOUNT" AND ALL OTHER DISCLOSURES REQUIRED TO BE GIVEN TO ME BY YOU BY EITHER STATE OR FEDERAL LAW

---

NOTICE TO COSIGNER
(Traducción en Inglés Se Requiere Por La Ley)

You are being asked to guarantee this debt Think carefully before you do If the borrower doesn't pay the debt, you will have to Be sure you can afford to pay if you have to, and that you want to accept this responsibility

You may have to pay up to the full amount of the debt if the borrower does not pay You may also have to pay late fees or collection costs, which increase this amount

The creditor can collect this debt from you without first trying to collect from the borrower. The creditor can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of <u>your</u> credit record

This notice is not the contract that makes you liable for the debt

AVISO PARA EL FIADOR
(Spanish Translation Required by Law)

Se le est pidiendo que garantice esta deuda Pi,nselo con cuidado antes de ponerse de acuerdo. Si la persona que ha pedido este pr,stamo no paga la deuda, usted tendr que pargarla. Est, seguro de que usted podr pagar si sea obligado a pagarla y de que usted desea aceptar la responsibilidad.

Si la persona que ha pedido el pr,stamo no paga la deuda, es posible que usted tenga que pagar la suma total de la deuda, mas los cargos por tardarse en el pago o el costo de cobranza, lo cual aumenta el total de esta suma

El acreedor (financiero) puede cobrarle a usted sin, primeramente, tratar de cobrarle al deudor. Los mismos metodos de cobranza que pueden usarse contra el deudor, podran usarse contra usted, tales como presentar una demanda en corte, quitar parte de su sueldo, etc Si alguna vez no se cumpla con la obligación de pagar esta deuda, se puede incluir esa información en la historia de credito de usted

Este aviso no es el contrato miamo en que se le echa a usted la responsibilidad de la deuda

---

Borrower's Signature

Borrower's Signature

Address: 770 Lancaster, Moss Beach CA 94038

Address: / /

**FOR INFORMATION, CONTACT THE DEPARTMENT OF CORPORATIONS, STATE OF CALIFORNIA**

## MY BILLING RIGHTS - I SHOULD KEEP THIS NOTICE FOR FUTURE USE.

This notice contains important information about my rights and your responsibilities under the Fair Credit Billing Act

### I Must Notify You in Case of Errors or Questions About My Bill.

If I think my bill is wrong, or if I need more information about a transaction on my bill, I must write you on a separate sheet at the address listed on my bill I must write to you as soon as possible. You must hear from me no later than 60 days after you sent me the first bill on which the error or problem appeared I can telephone you, but doing so will not preserve my rights
In my letter, I must give you the following information:
* My name and account number
* The dollar amount of the suspected error.
* I should describe the error and explain, if I can, why I believe there is an error
If I need more information, I must describe the item I am not sure about

### My Rights and Your Responsibilities After You Receive My Written Notice.

You must acknowledge my letter within 30 days, unless you have corrected the error by then Within 90 days, you must either correct the error or explain why you believe the bill was correct

After you receive my letter, you cannot try to collect any amount I question, or report me as delinquent You can continue to bill me for the amount I question, including finance charges, and you can apply any unpaid amount against my Credit Limit I do not have to pay any questioned amount while you are investigating, but I am still obligated to pay the parts of my bill that are not in question

If you find that you made a mistake on my bill, I will not have to pay any finance charges related to any questioned amount In either case, you will send me a statement of the amount I owe and the date that it is due

If I fail to pay the amount that you think I owe, you may report me as delinquent However, if your explanation does not satisfy me and I write to you within ten days telling you that I still refuse to pay, you must tell anyone you report me to that I have a question about my bill And, you must tell me the name of anyone you reported me to  You must tell anyone you report me to that the matter has been settled between us when it finally is

If you don't follow these rules, you can't collect the first $50 of the questioned amount, even if my bill was correct